IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2012 SEP 14  AM 10: 05

CASE NO. 1:12CR-29-R

UNITED STATES OF AMERICA,
   Plaintiff,

vs.

DAVID B. COOPER,
 d/b/a DS Marketing, LLC
 d/b/a Tantus Tobacco, LLC
   Defendant.
_____/

**MOTION FOR ADMISSION *PRO HAC VICE***

Attorney David Oscar Markus, pursuant to Local Rule 57.2, respectfully moves for admission *pro hac vice* to represent David B. Cooper in this cause.

1. Undersigned is an attorney and a member of the law firm of Markus & Markus, PLLC, with offices at 40 N.W. Third Street, Penthouse One, Miami, Florida 33128; Telephone No. (305)379-6667; Fax No. (305)379-6668; email dmarkus@markuslaw.com.

2. Undersigned has been retained by David B. Cooper to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Western District of Kentucky.

3. Since 1997, David Oscar Markus has been and presently is a member in good standing of the bar of the highest court of the State of Florida, where he regularly practices law. Applicant's bar license number is 119318.

4. Undersigned has been admitted to practice before the following courts: United States

Supreme Court 2005; Southern District of Florida 1997; Middle District of Florida 2001; and Eleventh Circuit Court of Appeals 1997.

5. Undersigned is a member in good standing of the bars of the courts listed in paragraph 4.

6. Undersigned is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7. Undersigned has read the local rules of this Court and will comply with same. In addition he will subject himself to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

8. Undersigned has read the Local rules of the United States District Court for the District of Kentucky, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $65.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

9. Undersigned is trained in electronic filing and completed the required course in the Southern District of Florida in 2006.

Wherefore, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Kentucky for the above-styled case only.

Date: September 13, 2012.

Respectfully Submitted,

MARKUS & MARKUS, PLLC
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
Telephone (305) 379-6667
Facsimile (305) 379-6668
www.markuslaw.com

By: _____
DAVID OSCAR MARKUS
Florida Bar Number 119318
Dmarkus@MarkusLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $65.00 *pro hac vice* admission fee.

_____
David Oscar Markus