IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CASE NO. 1:12CR-29-R

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DAVID B. COOPER,
 d/b/a DS Marketing, LLC
 d/b/a Tantus Tobacco, LLC
    Defendant.
_____/

**AFFIDAVIT OF DAVID OSCAR MARKUS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Comes now, David Oscar Markus, affiant herein and respectfully states:

1. Affiant is an attorney and a member of the law firm of Markus & Markus, PLLC, with offices at 40 N.W. Third Street, Penthouse One, Miami, Florida 33128; Telephone No. (305)379-6667; Fax No. (305)379-6668; email dmarkus@markuslaw.com.

2. Affiant certifies that he is a member and in good standing with the State of Florida and the United States District Court in Florida under Florida Bar license number is 119318.

3. Affiant has been admitted to practice before the following courts: United States Supreme Court 2005; Southern District of Florida 1997; Middle District of Florida 2001; and Eleventh Circuit Court of Appeals 1997.

4. Undersigned counsel consents to be subject to the jurisdiction and Rules of the Kentucky Supreme Court governing professional conduct.

5. Undersigned has been trained in electronic filing by the Southern District of Florida in 2006.

David Oscar Markus

State of Florida)
County of Dade)

Sworn to and subscribed before me this 13 day of September, 2012, by David Oscar Markus, who is personally known to me.

Notary Public, State of Florida



CARMEN C. AGUERO
MY COMMISSION # DD 968927
EXPIRES: June 12, 2014
Bonded Thru Notary Public Und...