IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CASE NO. 1:12CR-29-R

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DAVID B. COOPER,
 d/b/a DS Marketing, LLC
d/b/a Tantus Tobacco, LLC
    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* AND REQUEST TO ELECTRONICALLY FILE & RECEIVE NOTICES VIA ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for David Oscar Markus, Markus & Markus, PLLC, 40 N.W. Third Street, Penthouse One, Miami, Florida 33128; Telephone No. (305)379-6667; Fax No. (305)379-6668; and Request to Electronically Receive and File Notices via Electronic Filing, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Western District of Kentucky and the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is **GRANTED**. David Oscar Markus, may appear and participate in this action on behalf of David B. Cooper. The Clerk shall provide electronic notification of all electronic filings to David Oscar Markus, at email dmarkus@markuslaw.com. and caguero@markuslaw.com.

    DONE AND ORDERED in chambers, this ____ day of September, 2012.

                                                                                                      SENIOR DISTRICT JUDGE
                                                                                                      THOMAS B. RUSSELL

Copies furnished to:
All Counsel of Record