UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                                                   CRIMINAL ACTION NO. 1:12CR-29-R

DAVID B. COOPER                                                                    DEFENDANT
    d/b/a DS Marketing, LLC
    d/b/a Tantus Tobacco, LLC

### RESPONSE TO COOPER'S MOTION FOR ORAL ARGUMENT
*ELECTRONICALLY FILED*

The United States has no objection to Oral Argument on Cooper's Motion to Dismiss.

Respectfully submitted,

DAVID J. HALE
United States Attorney

s/  Micah Reyner
Special Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-6938
FAX: (502) 635-7110
Email: micah.reyner@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: David O. Markus and Margot Moss, Markus & Markus PLLC.

s/ Micah R. Reyner
Special Assistant U.S. Attorney